**Felix ROCHE, Petitioner—Appellant,**

v.

**B.A. BLEDSOE, Warden; United States of America, Respondents—Appellees.**

No. 05–7591.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 16, 2006.

Decided Feb. 22, 2006.

_____

Felix Roche, Appellant Pro Se.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felix Roche appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roche v. Bledsoe,* 2005 WL 2217037 (W.D.Va. Sept. 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-terials before the court and argument would not aid the decisional process.

*AFFIRMED.*